■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SABINO HERNANDEZ, Appellant. [998 NYS2d 51]—

Judgment, Supreme Court, New York County (Daniel P.

Conviser, J.), rendered August 26, 2011, convicting defendant, after a nonjury trial, of harassment in the second degree, and sentencing him to a term of 15 days, unanimously affirmed.

The court's verdict was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). The evidence supports the inference that when defendant swung his fist at a police officer, he did so with, at least, the intent required for second-degree harassment under Penal Law § 240.26 (1). The fact that defendant was acquitted of attempted assault, which requires a different intent, does not warrant a different conclusion. Concur—Tom, J.P., Friedman, Renwick, Manzanet-Daniels and Kapnick, JJ.